## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Clark Jr, Henry

Printed:  2/26/08

Case Number:  06 B 01438
Judge:  Wedoff, Eugene R
Filed:  2/16/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  January 10, 2008
Confirmed:  April 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,210.00 |  |
| Secured: |  | 4,503.98 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,378.55 |
| Trustee Fee: |  | 327.47 |
| Other Funds: |  | 0.00 |
| Totals: | 6,210.00 | 6,210.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 2,389.00 | 1,378.55 |
| 2. | HSBC Auto Finance | Secured | 11,306.34 | 4,503.98 |
| 3. | World Financial Network Nat'l | Unsecured | 36.86 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 5. | Jefferson Capital | Unsecured | 123.10 | 0.00 |
| 6. | HSBC Auto Finance | Unsecured | 342.00 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 515.77 | 0.00 |
| 8. | National Capital Management | Unsecured | 31.30 | 0.00 |
| 9. | National Capital Management | Unsecured | 7.06 | 0.00 |
| 10. | Nicor Gas | Unsecured | 92.94 | 0.00 |
| 11. | Capital One | Unsecured | 140.41 | 0.00 |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| 13. | Applied Card Services | Unsecured | | No Claim Filed |
| 14. | Allied Interstate | Unsecured | | No Claim Filed |
| 15. | Maple Street Merchant Card | Unsecured | | No Claim Filed |
| 16. | LVNV Funding | Unsecured | | No Claim Filed |
| 17. | Island National Group | Unsecured | | No Claim Filed |
| | | | $ 15,009.78 | $ 5,882.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 68.31 |
| 5% | 20.70 |
| 4.8% | 59.61 |
| 5.4% | 178.85 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Clark Jr, Henry

          Printed:  2/26/08

Case Number:  06 B 01438

Judge:  Wedoff, Eugene R

Filed:  2/16/06

_____

$ 327.47

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: